**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

JAMES PEEVEY,                                       )
                                                    )
                **Plaintiff,**                     )
                                                    )
vs.                                                 )          **CIVIL NO. 16-cv-615-NJR**
                                                    )
OFFICER PULLMAN,                                    )
JACQUELINE LASHBROOK,                               )
BOBBY SPILLER, D. FLATT,                            )
LT. FURLOW, and JOHN DOE,                           )
                                                    )
            **Defendants.**                    )

## <u>ORDER OF DISMISSAL</u>

**ROSENSTENGEL, District Judge:**

       Plaintiff James Peevey filed a complaint in this Court on June 7, 2016 (Doc. 1). On July 22, 2016, the Court denied *in forma pauperis* status and directed Peevey to pay the full filing fee of $400 within twenty one days (by August 12, 2016) (Doc. 7). To date, the Court has not received any payment from Peevey. In light of his failure to comply with this Court's Order, **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED**.

       The Clerk of the Court is **DIRECTED** to enter Judgment in favor of Defendants and against Peevey and to close this case.

       **DATED**:  September 23, 2016

_____
**NANCY J. ROSENSTENGEL**
**United States District Judge**